IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JUDY CANNON                                                                                          PLAINTIFF

vs.                                              Civil No. 6:14-cv-06036

CAROLYN COLVIN                                                                                   DEFENDANT
Commissioner, Social Security Administration

### ORDER

Before the Court is the Report and Recommendation filed on July 14, 2015 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 18. Judge Bryant recommends that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act ("EAJA") (ECF No. 15) be **GRANTED**. Defendant has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).

Accordingly, this Court finds that Plaintiff is entitled to compensation under the EAJA in the amount of $8,096.50. This award represents 38 attorney hours from 2014 at an hourly rate of $186.00 and 5.5 hours from 2015 at an hourly rate of $187.00. This amount should be paid in addition to, and not out of, any past due benefits which Plaintiff may be awarded in the future.

The parties are reminded that the award herein under the EAJA will be taken into account at such time as a reasonable fee is determined pursuant to 42 U.S.C. § 406 in order to prevent double recovery by counsel for Plaintiff.

**IT IS SO ORDERED, this 28th day of August 2015.**

/s/ Robert T. Dawson
HON. ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE